Brewster H. Jamieson, ABA No. 8411122
Hans N. Huggler, ABA No. 1505025
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907-264-3303
            907-264-3318
Facsimile: 907-276-2631
Email:    jamiesonb@lanepowell.com
            hugglerh@lanepowell.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY,<br><br>                      Plaintiff,<br><br>v.<br><br>FISH OR CUT BAIT, LLC,<br><br>                      Defendant. | Case No. 3:20-cv-00145-TMB<br>_____<br><br>**COMPLAINT FOR<br>DECLARATORY RELIEF** |

Plaintiff Berkshire Hathaway Homestate Insurance Company ("Homestate") pleads and alleges as follows:

### I. PARTIES

1.      Homestate is a corporation organized under the laws of Nebraska with its principal place of business in Omaha, Nebraska. Homestate is licensed to sell insurance in the State of Alaska. In this action, Homestate seeks a declaration of rights, duties, and liabilities under a policy of insurance it issued to Defendant Fish or Cut Bait, LLC ("Fish or Cut Bait").

2.      Fish or Cut Bait is a limited liability company created under the laws of the State of Alaska. Fish or Cut Bait does business as Williwaw Social, the Alaska Burger Company, Blues Central, and Steamdot Coffee at 609 F Street, Anchorage, AK 99501.

## II. JURISDICTION AND VENUE

3. Pursuant to 28 U.S.C. § 2201, the Court has subject matter jurisdiction over this declaratory judgment action, because an actual justiciable controversy exists between the parties within the Court's jurisdiction. This action involves a dispute over whether a Commercial Property insurance policy issued by Homestate to Fish or Cut Bait provides coverage for food spoilage and lost business income Fish or Cut Bait asserts resulted from the COVID-19 related restrictions on in-person dining in its establishments.

4. Pursuant to 28 U.S.C. § 1332(a), the Court has subject matter jurisdiction over this action, because the amount in controversy, exclusive of all interest and costs, exceeds $75,000 and the action is between citizens of different states.

5. By filing this action, Homestate consents to personal jurisdiction in Alaska.

6. The Court has personal jurisdiction over Fish or Cut Bait, because it is an Alaska entity.

7. Pursuant to 28 U.S.C. § 1391, venue is proper, because Fish or Cut Bait resides in Alaska.

## III. BACKGROUND

8. Homestate issued Commercial Property Insurance Policy No. 02PRM040317-03 (the "Policy"), effective July 24, 2019 through July 24, 2020, identifying Fish or Cut Bait LLC dba Williwaw; Blues Central; SteamDot as the insured. Among other things, the Policy provides coverage for Business Income and Extra Expense, subject to stated conditions, provisions, and exclusions up to a per-occurrence limit of $350,000. A complete copy of the Policy is attached as **Exhibit A**.

9. On or about April 21, 2020, Fish or Cut Bait made a claim for coverage to Homestate for "loss of product, spoilage, contamination cleanup recovery and extra expense coverage related to Civil Authority to close due to contamination." Fish or Cut Bait asserts these losses are due to the prohibition on dine-in operations at restaurants in Anchorage pursuant to the Municipality of Anchorage's Proclamation of Additional Emergency Order EO-01, issued March 16, 2020 and attached as **Exhibit B**, and the State

Complaint for Declaratory Relief
*Berkshire Hathaway Homestate Ins. Co. v. Fish or Cut Bait, LLC* (Case No. 3:20-cv-00145-TMB)  Page 2 of 7

Case 3:20-cv-00145-TMB   Document 1   Filed 06/19/20   Page 2 of 7

of Alaska's Health Mandates of March 17, 2020 and March 27, 2020, attached as **Exhibit C**.

10. At no time has Fish or Cut Bait asserted that its losses are the result of a known COVID-19 contamination of its insured property.

11. Homestate denied Fish or Cut Bait's claim by letter dated June 19, 2020, attached as **Exhibit D.**

## IV. RELEVANT POLICY TERMS

12. The Policy contains the following relevant conditions, provisions, and exclusions. Homestate alleges that the Policy constitutes a single document to be read together, and in affirmatively alleging certain terms here, does not waive its right to rely on any and all terms of the Policy.

### Business Personal Property Coverage Form

**A.  Coverage**
We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**H.  Definitions**

* * * * *

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

3. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

### Business or Rental Income (And Extra Expense) Coverage Form

**A.  Coverage**

Complaint for Declaratory Relief
*Berkshire Hathaway Homestate Ins. Co. v. Fish or Cut Bait, LLC* (Case No. 3:20-cv-00145-TMB)    Page 3 of 7

Case 3:20-cv-00145-TMB   Document 1   Filed 06/19/20   Page 3 of 7

> We will pay for the actual loss of Business or Rental Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to Covered Property under this policy at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

\* \* \* \* \*

> **4. Additional Coverages**

\* \* \* \* \*

>> **b. Civil Authority**
>> We will pay for the actual loss of Business or Rental Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

\* \* \* \* \*

**H. Definitions**

\* \* \* \* \*

> **2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

\* \* \* \* \*

## Causes of Loss – Special Form

**A. Covered Causes Of Loss**

Complaint for Declaratory Relief
*Berkshire Hathaway Homestate Ins. Co. v. Fish or Cut Bait, LLC* (Case No. 3:20-cv-00145-TMB)   Page 4 of 7

Case 3:20-cv-00145-TMB   Document 1   Filed 06/19/20   Page 4 of 7

When Special is shown in the Declarations. Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:
1. Excluded in Section **B.,** Exclusions; or
2. Limited in Section **C.,** Limitations; that follow.

**B.** **Exclusions**
1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **a.** **Ordinance Or Law**
The enforcement of any ordinance or law:
**(1)** Regulating the construction, use or repair of any property; or
**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:
**(a)** An ordinance or law that is enforced even if the property has not been damaged; or
**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

\* \* \* \* \*

    **c.** **Governmental Action**
Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

\* \* \* \* \*

Complaint for Declaratory Relief
*Berkshire Hathaway Homestate Ins. Co. v. Fish or Cut Bait, LLC* (Case No. 3:20-cv-00145-TMB)    Page 5 of 7

Case 3:20-cv-00145-TMB   Document 1   Filed 06/19/20   Page 5 of 7

    **2.**    We will not pay for loss or damage caused by or resulting from any of the following:

\* \* \* \* \*

        **b.**    Delay, loss of use or loss of market.

\* \* \* \* \*

        **l.**    Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

\* \* \* \* \*

    **3.**    We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

\* \* \* \* \*

        **b.**    Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

13.    Under "Covered Causes Of Loss," the Policy Declaration Form shows "Special." The Policy Declaration Form also shows that Fish or Cut Bait's Business Personal Property coverage does not include "Stock."

## CLAIM FOR DECLARATORY RELIEF

14.    The Policy does not provide coverage for claims that do not fall within its scope of coverage. The Policy does not cover Fish or Cut Bait's asserted spoilage losses

Complaint for Declaratory Relief
*Berkshire Hathaway Homestate Ins. Co. v. Fish or Cut Bait, LLC* (Case No. 3:20-cv-00145-TMB)    Page 6 of 7

Case 3:20-cv-00145-TMB   Document 1   Filed 06/19/20   Page 6 of 7

because "stock" is not covered property. The Policy does not cover Fish or Cut Bait's asserted business income losses because those losses did not result from "direct physical loss of or damage to" property covered by the Policy or "by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to [other] property."

15. In addition to the reasons coverage is not afforded under the Policy as stated in the paragraph above, the Policy excludes certain losses. The Policy excludes coverage of Fish or Cut Bait's asserted losses because they arise from an ordinance or law regulating the use of insured property, from loss of use of insured property, from seizure or destruction of property by order of governmental authority, from loss of market, or from the acts or decisions of a governmental body. To the extent Fish or Cut Bait experienced an actual viral contamination of Covered Property, the Policy's pollution exclusion also excludes coverage for that loss.

WHEREFORE, Homestate prays for the following relief:

a. That the Court declare that the Policy does not provide any coverage for Fish or Cut Bait with regard to its claimed losses; and

b. That the Court award Homestate such additional monetary and declaratory relief as it deems appropriate.

DATED this 19th day of June, 2020.

                LANE POWELL LLC
                Attorneys for Plaintiff

                By  s/ Brewster H. Jamieson
                    Brewster H. Jamieson, ABA No. 8411122
                    Hans N. Huggler, ABA No. 1505025

Complaint for Declaratory Relief
*Berkshire Hathaway Homestate Ins. Co. v. Fish or Cut Bait, LLC* (Case No. 3:20-cv-00145-TMB)    Page 7 of 7

Case 3:20-cv-00145-TMB   Document 1   Filed 06/19/20   Page 7 of 7